```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 31333
   GLENDA I HILL DAVIS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-0301


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/10/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/10/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
COUNTRYWIDE HOME LOAN    CURRENT MORTG          .00            .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE      6842.78         185.04       6842.78
COMMONWEALTH EDISON      UNSEC W/INTER  NOT FILED              .00           .00
FORD MOTOR CREDIT        UNSEC W/INTER  NOT FILED              .00           .00
NICOR GAS                UNSEC W/INTER       376.91          17.27        376.91
PHILIP A IGOE            DEBTOR ATTY       2,394.00                     2,394.00
TOM VAUGHN               TRUSTEE                                          503.52
DEBTOR REFUND            REFUND                                           349.23

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 10,668.75

PRIORITY                                              .00
SECURED                                          6,842.78
    INTEREST                                       185.04
UNSECURED                                          376.91
    INTEREST                                        17.27
ADMINISTRATIVE                                   2,394.00
TRUSTEE COMPENSATION                               503.52
DEBTOR REFUND                                      349.23
                        ---------------    ---------------
TOTALS                  10,668.75               10,668.75




               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 31333 GLENDA I HILL DAVIS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 31333 GLENDA I HILL DAVIS